**Opinion issued August 9, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00119-CV

_____

## MELVIN WALKER, Appellant

## V.

## RODRIGO B. DIAZ RODAS AND DORA C. DIAZ, Appellees

---

**On Appeal from the County Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1178829**

---

## MEMORANDUM OPINION

Appellant, Melvin Walker, has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief). After being notified that this appeal was subject to dismissal, appellant

did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.